UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

------------------------------------------------------------- X

| | |
|---|---|
| IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

-------------------------------------------------------------

| | |
|---|---|
| This Document Relates to: | Judge David R. Herndon |
| *Hedger v. Bayer Corporation et al.* | No. 3:10-cv-10213-DRH-PMF |
| *Hubbard v. Bayer Corporation et al.* | No. 3:10-cv-11321-DRH-PMF |
| *Hudson v. Bayer Corp., et al.* | No. 3:11-cv-11454-DRH-PMF |
| *Bennett on Behalf of Minor, Jessica Hurst v. Bayer Corp., et al.* | No. 3:10-cv-10205-DRH-PMF |
| *Johns v. Bayer Corp., et al.* | No. 3:10-cv-10227-DRH-PMF |
| *Kabala v. Bayer Corp., et al.* | No. 3:11-cv-11005-DRH-PMF |
| *Kay v. Bayer Corp., et al.* | No. 3:10-cv-12672-DRH-PMF |
| *Teresa Keckler v. Bayer Corp., et al.* | No. 3:10-cv-11961-DRH-PMF |
| *Klein v. Bayer Healthcare Pharmaceuticals, Inc., et al.* | No. 3:11-cv-11223-DRH-PMF |
| *Knighten v. Bayer Corp., et al.* | No. 3:10-cv-11356-DRH-PMF |
| *Lane v. Bayer Corp., et al.* | No. 3:10-cv-11954-DRH-PMF |
| *Leonard v. Bayer Corp., et al.* | No. 3:10-cv-12760-DRH-PMF |
| *Loyd v. Bayer Corp., et al.* | No. 3:11-cv-11841-DRH-PMF |
| *Loest v. Bayer Corp., et al.* | No. 3:11-cv-12467-DRH-PMF |
| *Majors v. Bayer Corp., et al.* | No. 3:11-cv-11526-DRH-PMF |

| | |
|---|---|
| *Martinez v. Bayer Corp., et al.* | No. 3:10-cv-12331-DRH-PMF |
| *Mattson v. Bayer Corp., et al.* | No. 3:11-cv-11529-DRH-PMF |
| *Maxwell v. Bayer Corp., et al.* | No. 3:10-cv-10228-DRH-PMF |
| *McCandless v. Bayer Corp., et al.* | No. 3:10-cv-12342-DRH-PMF |
| *McKenzie v. Bayer Corp., et al.* | No. 3:11-cv-12178-DRH-PMF |
| *McMillan v. Bayer Corp., et al.* | No. 3:10-cv-13252-DRH-PMF |
| *Menino v. Bayer Corp., et al.* | No. 3:10-cv-13856-DRH-PMF |
| *Metteer v. Bayer Corp., et al.* | No. 3:11-cv-11566-DRH-PMF |
| *Morales v. Bayer Corp., et al.* | No. 3:11-cv-11560-DRH-PMF |
| *Morris v. Bayer Corp., et al.* | No. 3:10-cv-10162-DRH-PMF |

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on November 19, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

> **JUSTINE FLANAGAN,**
> **ACTING CLERK OF COURT**
>
> BY: __/s/*Cheryl A. Ritter*__
> **Deputy Clerk**

**Dated:** November 21, 2014

David R. Herndon
2014.11.21
06:04:29 -06'00'

**APPROVED:**
**U.S. DISTRICT JUDGE**
**U. S. DISTRICT COURT**

2